PROB 35  
(Rev. 1/92)   Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## United States District Court

### FOR THE

### District of Nebraska

FILED  
U.S. DISTRICT COURT  
DISTRICT OF NEBRASKA  

05 SEP -7 PM 2:51

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.   Docket No.   8:99CR231

Shawn Post

On August 6, 2003, Shawn Post was placed on supervised release for a period of 3 years. Shawn Post has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the Shawn Post be discharged from supervision.

Respectfully submitted,

_____  
Douglas D. Steensma  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7th day of Sept., 2005.

_____  
The Honorable Lyle E. Strom  
United States Senior District Judge